IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

SHERRY SARTEN, ON BEHALF OF
HERSELF AND OTHERS SIMILARLY
SITUATED                                                                           PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 2:08-CV-235-P-A

BOYD TUNICA, INC.                                                                  DEFENDANT

## ORDER

This cause is before the Court on a Motion to Dismiss filed by Boyd Tunica, Inc. pursuant to the Court's June 2, 2009, Order granting the motion of Tiffany G. Johson and Jennifer M. Bermel to withdraw as counsel for plaintiff. Plaintiff did not have new counsel enter an appearance or notify the Court of her intention to proceed *pro se* by June 21, 2009, as required by the Court's Order. As a further matter, plaintiff failed to respond to discovery by the extended deadline established in the same Order. Accordingly, the Court finds the instant motion well-taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above-captioned case should be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own costs.

SO ORDERED, this the 26th day of January, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE